CHARLES ROSENBERG, Respondent, v. FRANK B. CARPENTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES E. WHALEN, True Name, CHARLES LYNN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

MAUDE BARGER WALLACH, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

BRIDGET MORRIS, Whose Maiden Name was BRIDGET FARLEY, Also Called BRIDGET FARRELLY, Appellant, v. JOHN T. SHEEHAN, as Ancillary Executor, etc., of FRANCIS J. LYNCH, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

RICHARD WHITE, as Administrator, etc., Appellant, v. ALFRED E. MARLING and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ROSIE GOTTLIEB, Respondent, v. ISIDOR BERGER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

ISRAEL GOTTLIEB, Respondent, v. ISIDOR BERGER, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DOMENICO COMPISE, Respondent, v. SOLOMON KARESH and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

NELLIE KELSEY, Appellant, v. ANNA K. BARBEY, Defendant. FARMERS' LOAN AND TRUST COMPANY and Another, as Executors, etc., of ANNA K. BARBEY, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELLA L. GOLDSTICKER, Respondent, v. MARTHA GOLDSTICKER, Individually and as Sole Executrix, etc., Respondent, Impleaded with Others. MAURICE MARKS, Guardian ad Litem, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES H. JONES and Others, as Executors and Trustees, etc., Respondents, v. AMERICAN POTASH CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PHILIPPINE NATIONAL BANK, Respondent, v. BANCO DI ROMA, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.